UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 1 6 2005

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW PANCRATZ,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>RESTRICTED ACCESS<br>MANAGEMENT DIVISION; et al.,<br><br>  Defendants - Appellees. | No. 05-35722<br><br>D.C. No. CV-02-00006-J-RRB<br>District of Alaska,<br>Juneau<br><br>ORDER |

Appellee's motion for an extension of time to file the answering brief is granted. The answering brief is due January 18, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

Linda K. King
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
 and Ninth Circuit Rule 27-10

pro 12.12