UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 12 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| MATTHEW PANCRATZ,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>RESTRICTED ACCESS MANAGEMENT DIVISION; et al.,<br><br>Defendants - Appellees. | No. 05-35722<br><br>D.C. No. CV-02-00006-J-RRB<br>District of Alaska,<br>Juneau<br><br>ORDER |

RECEIVED
OCT 17 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

Before: KOZINSKI, BERZON, and TALLMAN, Circuit Judges.

The Petition for Panel Rehearing has been considered and is

DENIED.