# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**RECEIVED**
JAN 2 3 2007
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

MATTHEW PANCRATZ,

Plaintiff - Appellant,

v.

RESTRICTED ACCESS MANAGEMENT DIVISION; et al.,

Defendants - Appellees.

No. 05-35722

D.C. No. CV-02-00006-J-RRB

**JUDGMENT**

Appeal from the United States District Court for the District of Alaska (Juneau).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Juneau) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 08/22/06