

RECEIVED

**NOT FOR PUBLICATION** JAN 2 ℃ 2007

UNITED STATES COURT OF APPEALS **FILED**

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FOR THE NINTH CIRCUIT

**AUG 22 2006**

**CATHY A. CATTERSON, CLERK**
**U.S. COURT OF APPEALS**

| | |
|---|---|
| MATTHEW PANCRATZ,<br><br>      Plaintiff - Appellant,<br><br>   v.<br><br>RESTRICTED ACCESS<br>MANAGEMENT DIVISION;<br>NATIONAL MARINE FISHERIES<br>SERVICES; NATIONAL OCEANIC<br>AND ATMOSPHERIC<br>ADMINISTRATION; UNITED STATES<br>DEPARTMENT OF COMMERCE,<br><br>      Defendants - Appellees. | No. 05-35722<br><br>D.C. No. CV-02-00006-J-RRB<br><br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Argued and Submitted July 21, 2006
Anchorage, Alaska

Before: KOZINSKI, BERZON, and TALLMAN, Circuit Judges.

---

[*]     This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

The district court properly concluded that the National Marine Fisheries Service ("the agency") did not act arbitrarily, capriciously, or otherwise not in accordance with law in determining that: (1) the Restricted Access Management division complied with the applicable regulation, 50 C.F.R. § 679.41(b)(1), by sending notice of approval of the transfer of the halibut quota shares to Matthew Pancratz ("Pancratz") via first-class mail; (2) a notarized sales agreement is not required under 50 C.F.R. § 679.41(c)(3) to effectuate a transfer of halibut quota shares, and the instructions on the transfer application do not have the force of law or regulation; and (3) because the parties authorized the halibut share transfer, agent authorization was not required as an agent was not involved in the transaction. Accordingly, the district court's grant of partial summary judgment in favor of Appellees was proper.

The district court also did not err in dismissing Pancratz's claim under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, for lack of jurisdiction. The agency complied with the applicable regulations and the due care exception applies. *See* 28 U.S.C. § 2680(a).

AFFIRMED.

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 2 3 2006

by
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
05-35722 Pancratz v. Restricted Access, et al

MATTHEW PANCRATZ
        Plaintiff - Appellant

Bruce B. Weyhrauch
FAX 907/463-5858
907/463-5566
Suite 200
[COR LD NTC ret]
114 S. Franklin
Juneau, AK 99801


        v.

RESTRICTED ACCESS MANAGEMENT
DIVISION
        Defendant - Appellee

Jennifer L. Scheller, Esq.
FAX 202/353-1873
202/514-2767
[COR LD NTC gov]
DOJ - U.S. DEPARTMENT OF
JUSTICE
Environment & Natural Resources
Division
P.O. Box 23795, L'Enfant Plaza
Station
Washington, DC 20026-3795

Meredith L. Flax
FAX 202/305-0202
202/305-0404
[COR LD NTC usa]
DOJ - U.S. DEPARTMENT OF
JUSTICE
Environment & Natural Resources
Div.
P.O. Box 4390
Washington, DC 20044-4390

Daniel R. Cooper, Esq.
FAX
907/271-5071
Rm. 253
[COR LD NTC usa]
USAK - OFFICE OF THE U.S.
ATTORNEY
Federal Bldg. & U.S. Courthouse
222 W. Seventh Ave.
Anchorage, AK 99513-7567

NATIONAL MARINE FISHERIES
SERVICES
        Defendant - Appellee

Jennifer L. Scheller, Esq.
(See above)
[COR LD NTC gov]

Meredith L. Flax
(See above)
[COR LD NTC usa]

Daniel R. Cooper, Esq.

INTERNAL USE ONLY: Proceedings include all events.
05-35722 Pancratz v. Restricted Access, et al

                                        (See above)
                                        [COR LD NTC usa]

NATIONAL OCEANIC AND                    Jennifer L. Scheller, Esq.
ATMOSPHERIC ADMINISTRATION              (See above)
     Defendant - Appellee               [COR LD NTC gov]

                                        Meredith L. Flax
                                        (See above)
                                        [COR LD NTC usa]

                                        Daniel R. Cooper, Esq.
                                        (See above)
                                        [COR LD NTC usa]

UNITED STATES DEPARTMENT OF             Jennifer L. Scheller, Esq.
COMMERCE                                (See above)
     Defendant - Appellee               [COR LD NTC gov]

                                        Meredith L. Flax
                                        (See above)
                                        [COR LD NTC usa]

                                        Daniel R. Cooper, Esq.
                                        (See above)
                                        [COR LD NTC usa]